STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 27 2000

at 11 o'clock and 0 min A M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00176 DAE |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [8 U.S.C. § 1324(a)(2)(B)(ii)] |
| ) | |
| JANTI GOMULYA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

INDICTMENT

The Grand Jury charges:

On or about April 12, 2000, in the District of Hawaii, the defendant, JANTI GOMULYA, for the purpose of commercial advantage and private financial gain, brought and attempted to bring an alien, namely "Cong X.," to the United States, knowing and in reckless disregard of the fact that the alien had not received prior official authorization to come in, enter, and reside in the United States.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

DATED: _____April 27_____, 2000, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES V. JANTI GOMULYA
"Indictment"

2