STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 31 2000

at 11 o'clock and 20 min. a.m.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JANTI SUSILAWATI GOMULYA, )<br>)<br>Defendant. )<br>_____ ) | CR. NO. 00-00176 DAE<br><br>SUPERSEDING INDICTMENT<br><br>[8 U.S.C. §§ 1324(a)(1)(A)(v)<br>and (a)(2)(B)(ii)] |

SUPERSEDING INDICTMENT

Count 1

The Grand Jury charges:

1.   From at least as early as February 17, 2000 until April 12, 2000, the Defendant, JANTI SUSILAWATI GOMULYA, conspired with persons known and unknown to the grand jury to encourage and induce aliens to come to enter and reside in the United States knowing and in reckless disregard of the fact that such coming to entry and residence would be in violation of law.

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii

By _____
Deputy

### Manner and Means

2. It was part of the manner and means of the conspiracy that members of the conspiracy would provide false documents to Chinese nationals who were interested in being smuggled to the United States (hereinafter "smugglees").

3. It was part of the manner and means of the conspiracy that members of the conspiracy would check in for the smugglees with the airlines at foreign airports to obtain boarding passes on flights to the United States.

4. It was part of the manner and means of the conspiracy that members of the conspiracy would accompany the smugglees to the United States to assist them in entering the United States.

### Overt Acts

5. On or about February 17, 2000, a member of the conspiracy provided falsified documents to two Chinese nationals, "Sri H." and "Mei L." Defendant JANTI SUSILAWATI GOMULYA and other members of GOMULYA's tour group then boarded a flight from Jakarta to Narita, Japan where they connected to JAL flight #26 (Indonesian immigration officials prevented "Sri H." from leaving Jakarta) to Las Vegas, Nevada.

6. On or about April 12, 2000, a member of the conspiracy provided smugglee "Cong X." with an altered Indonesian passport. Defendant JANTI SUSILAWATI GOMULYA and smugglee "Cong X." then boarded EVA airways flight #238 from Jakarta to Taipei

where they connected to EVA airways flight #22 from Taipei to Honolulu, Hawaii.

   7.   On or about April 12, 2000, Defendant JANTI SUSILAWATI GOMULYA assisted smugglee "Cong X." in filling out the immigration and customs forms that were required for entry into the United States.

   All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v).

### Count 2

The Grand Jury further charges:

On or about April 12, 2000, in the District of Hawaii, the Defendant, JANTI SUSILAWATI GOMULYA, for the purpose of commercial advantage and private financial gain, brought and attempted to bring an alien, namely "Cong X.," to the United States, knowing and in reckless disregard of the fact that the alien had not received prior official authorization to come in, enter, and reside in the United States.

//
//
//
//
//
//
//
//
//

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

DATED: _Aug 31_, 2000, at Honolulu, Hawaii.

A TRUE BILL

/S/
---
FOREPERSON, GRAND JURY

_[signature]_
---
STEVEN S. ALM
United States Attorney
District of Hawaii

_[signature]_
---
ELLIOT ENOKI
First Assistant U.S. Attorney

_[signature]_
---
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES V. JANTI SUSILAWATI GOMULYA
Cr. No. 00-00176 DAE
"Superseding Indictment"

4